Name and address:
Linda D. Kornfeld (SBN 155765)
Kasowitz, Benson, Torres & Friedman LLP
2029 Century Park East, Suite 750
Los Angeles, CA 90067
Tel: (424) 288-7902
Fax: (310) 943- 3551

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Beverly Hills Unified School District, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 12-9861- GW (SSx) |
| v. | *consolidated with* CV 13-1144- GW (SSx) |
| Federal Transit Administration, et. al. | |
| Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Marks, Aaron H.
*Applicant=s Name (Last Name, First Name & Middle Initial)*

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

(212) 506-1721          (212) 506-1800
*Telephone Number*     *Fax Number*

amarks@kasowitz.com
*E-Mail Address*                                *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Beverly Hills Unified School District

*Name(s) of Party(ies) Represented*      X *Plaintiff*     *Defendant*     *Other:*

**and designating as Local Counsel**

Kornfeld, Linda D.
*Designee's Name (Last Name, First Name & Middle Initial)*

Kasowitz, Benson, Torres & Friedman LLP
2029 Century Park East, Suite 750
Los Angeles, CA 90067

     155765          (424) 288-7902
*Designee's Cal. Bar Number*   *Telephone Number*

(310) 943-3551
*Fax Number*                              *Firm Name & Address*

lkornfeld@kasowitz.com
*E-Mail Address*

**hereby ORDERS the Application be:**

G **GRANTED**.
G **DENIED.  Fee shall be returned by the Clerk.**
G **DENIED.  For failure to pay the required fee.**

**Dated** _____

2725717v1
9/25/2013 12:26 PM

**U.S. District Judge/U.S. Magistrate Judge**

GB64 ORDER (06/13)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1