KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
LINDA D. KORNFELD (State Bar No. 155765)
lkornfeld@kasowitz.com
2029 Century Park East, Suite 2000N
Los Angeles, CA 90067
Telephone:  (424) 288-7902
Facsimile:   (310) 943-3551

CLARINE NARDI RIDDLE (admitted *pro hac vice*)
cnriddle@kasowitz.com
1399 New York Ave NW, Suite 201
Washington, DC 20005
Telephone:  (202) 760-3400

Attorneys for Plaintiff
BEVERLY HILLS UNIFIED SCHOOL DISTRICT

(*Additional attorneys on next page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY HILLS UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION, *et al.*,<br><br>Defendants. | No. CV 12-9861-GW (SSx)<br>Consolidated with<br>No. CV 13-1144-GW (SSx)<br>     CV 13-8609-GW (SSx)<br>     CV 13-8621-GW (SSx)<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**BEVERLY HILLS UNIFIED SCHOOL DISTRICT'S MEMORANDUM IN ADVANCE OF STATUS CONFERENCE**<br><br>Action Filed:          November 16, 2012<br>Conference Date: November 21, 2016<br>Time:                    8:30 a.m. |
| THE CITY OF BEVERLY HILLS, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION, *et al.*,<br><br>Defendants. | |

AARON H. MARKS (admitted *pro hac vice*)
amarks@kasowitz.com
JENNIFER S. RECINE (admitted *pro hac vice*)
jrecine@kasowitz.com
1633 Broadway
New York, NY 10019
Tel:   (212) 506-1700
Fax:   (212) 506-1800

Attorneys for Plaintiff
BEVERLY HILLS UNIFIED SCHOOL DISTRICT

## I. INTRODUCTION

Pursuant to the Court's November 8, 2016 Order (ECF No. 196), plaintiff Beverly Hills Unified School District ("BHUSD") submits this memorandum listing the precise issues that BHUSD seeks the Court to address at the November 21, 2016 status conference, as well as BHUSD's proposed relief.

### A. Overview of the Issues

New information released by the Los Angeles County Metropolitan Transportation Authority ("Metro") confirms that Metro and the Federal Transit Administration ("FTA" and together with Metro the "Agencies") intend to execute a Section 2 Full Funding Grant Agreement ("FFGA") in December and that Metro will enter into a Design/Build contract for Section 2 (the "Section 2 Contract") in January 2017. On October 20, 2016, three days after the parties' submission of the Joint Status Report (ECF No. 193), Metro also announced that it would not publish the Court-ordered Supplemental Environmental Impact Statement ("SEIS") or issue a Supplemental Record of Decision ("SROD") until July 2017. *See* ECF No. 195-2, Declaration of Karen M. Buresh, at 39 of 41.

Metro's recent announcement of the Agencies' planned schedule – to obtain federal funding and promptly enter into the Section 2 Contract, binding Metro to the FFGA's Constellation Station alignment, prior to completing the SEIS process – conflicts with FTA's obligations under 40 C.F.R. § 1506.1(b) and the Court's August 12, 2016 order, requiring the performance of supplemental analyses and completion of a SEIS. *See* ECF No. 188 ("Remand and Remedy Order").

Permitting the Agencies to bind themselves to a specific Section 2 alignment prior to complying with NEPA requirements (and the Remand and Remedy Order) and before offering the public the opportunity to review and comment upon the contents of a Draft SEIS ("DSEIS") undermines the Court's prior rulings and renders meaningless the supplemental analyses ordered to be performed.

NEPA requires that environmental analyses must be completed and specific

processes followed *before* agencies are permitted to contractually bind themselves to a particular alternative. Execution of the FFGA and/or Section 2 Contract will do just that: the Agencies will have contractually obligated themselves to committing billions of dollars to a Section 2 alignment which, as the Court determined, will "use" the Beverly Hills High School ("BHHS") campus and the protected Section 4(f) resources located thereon, before the completion of the Section 4(f) analyses this Court ordered to (i) assess the availability of prudent and feasible alternative Section 2 alignments which would avoid BHHS altogether, and (ii) ensure that all possible planning was performed to minimize the harm to BHHS, in the event no such alternatives exist. *See* ECF No. 136 ("Tentative Ruling") at 215 of 217.

### B.  Status of the SEIS

Although the FTA has failed to publish in the Federal Register a Notice of Intent to Prepare a SEIS, according to recently disclosed information the Agencies are currently conducting the supplemental environmental analyses and preparing a DSEIS. According to the SEIS Schedule prepared by Metro, it submitted an "Admin Draft SEIS" to FTA on November 3, 2016, which the FTA is currently reviewing. Metro's SEIS Schedule anticipates releasing the DSEIS for public comment and review in January 2017, holding a public meeting in February 2017, releasing the Final SEIS ("FSEIS") in July 2017, and publishing a Notice of Availability ("NOA") in the Federal Register announcing the FSEIS and SROD. *See* Declaration of Jennifer S. Recine, Exhibit A (Metro SEIS Schedule, dated September 26, 2016).

### C.  Status of Section 2 Full Funding Grant Agreement

In response to a California Public Records Act ("PRA") request submitted by plaintiff The City of Beverly Hills, Metro has produced a copy of the Full

Funding Grant Agreement between FTA and Metro for Section 2.[1] The FFGA details a Section 2 alignment traveling beneath BHHS to a Century City station on Constellation Boulevard, with a construction laydown area immediately adjacent to the BHHS campus. On October 26, 2016, FTA notified Congress of its intent to enter into the FFGA, which will commit $1.187 billion to the Section 2 design adopted by the Agencies. Upon the November 25, 2016 expiration of the statutory 30-day Congressional review period, the Agencies will be free to execute the FFGA, which will bind them to the Section 2 design parameters described therein.

If that happens, as Metro's Chief Executive Officer, Phillip Washington, testified on May 16, 2016, Metro will be *unable to assess any possible alignment alternatives* because any changes to the scope or schedule for Phase 2 would constitute a "cardinal change" to the project that would jeopardize federal funding for the project, and create "a big challenge" for Metro. *See* ECF No. 160-4 at 47 of 108, Washington Dep. Tr. at 66:22-69-13.

Accordingly, as Mr. Washington conceded, if the Agencies are permitted to enter into the Section 2 FFGA, more than six months prior to the completion of the SEIS, the supplemental analyses and SEIS required by NEPA and ordered by the Court will be rendered a meaningless exercise because Metro – having already committed to a particular alignment – will be unable to evaluate alternatives and perform its obligations objectively.

### D. Section 2 Design/Build Contract Procurement

The Court's February 1, 2016 tentative rulings on the parties' motions for summary judgment (ECF No. 136) (the "Tentative Ruling") put Metro on notice that supplemental analyses and preparation of a SEIS would be required. Rather

---

[1] BHUSD was notified today that Metro has invoked a statutory 14-day extension of time to respond to BHUSD's PRA request for information regarding the FFGA, resulting in a November 25, 2016 deadline for Metro to respond.

than extend the Section 2 Contract procurement schedule to allow for the proper completion of the supplemental analyses ordered by the Court prior to awarding any construction contracts, Metro instead pressed on with Section 2 Contract procurement. Indeed, Metro has accelerated the procurement schedule to coincide with the FTA's anticipated December 2016 award of a $1.187 billion FFGA for Section 2. Under Metro's accelerated schedule, Metro now plans to award the Section 2 Contract in January 2017, the same month the DSEIS is scheduled to be released for public comment, and six months before the scheduled completion of the SEIS process.

As with execution of the FFGA, execution of the Section 2 Contract will lock in place the specific design of Section 2 as detailed in the procurement documents, including the subway alignment, station locations, construction methods and limitations, mitigation measures and schedule. If not enjoined from entering into the Section 2 Contract in January 2017, Metro will contractually commit to the Constellation Station alignment travelling beneath BHHS and a highly-disruptive construction laydown area immediately adjacent to BHHS, without consideration of the required Section 4(f) analysis requiring "all possible planning to minimize harm" to BHHS. Metro's execution of the Section 2 Contract in January 2017 precludes a good faith consideration of viable alternatives to the Section 2 alignment as expressly required by the Remand and Remedy Order, and prevents Metro from implementing any changes to the contemplated and challenged subway alignment as a result of the supplemental analyses, in direct violation of controlling NEPA regulations.

### E.    Statement of Proposed Relief

In light of these recent developments that, if not enjoined, will jeopardize the supplemental analyses and the SEIS process required by NEPA and ordered by the Court, BHUSD will seek the Court's intervention and injunctive relief to

protect its rights. Specifically, BHUSD is filing a complaint for declaratory and injunctive relief against Metro in this Court, to be consolidated with the pending action, and contemplates an omnibus motion for injunctive relief against all Defendants to enjoin them from taking actions in furtherance of Section 2 which will commit the Agencies to a project alignment traveling beneath BHHS prior to the completion of the SEIS process, including execution of the FFGA and the Section 2 Contract.

Dated: November 10, 2016

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP

By: /s/ Jennifer S. Recine

Linda D. Kornfeld
Clarine Nardi Riddle
Aaron H. Marks
Jennifer S. Recine

Attorneys for Plaintiff BEVERLY HILLS UNIFIED SCHOOL DISTRICT