JOHN C. CRUDEN
Assistant Attorney General
JARED S. PETTINATO, MT Bar No. 7434
Trial Attorney
Natural Resources Section
NORMAN L. RAVE, Jr.
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Room 2121
Washington, D.C. 20044-7611
(202) 305-0203 (Pettinato) | (202) 616-7568 (Rave)
(202) 353-0506 (fax)
Jared.Pettinato@usdoj.gov
Norman.Rave@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BEVERLY HILLS UNIFIED SCHOOL DISTRICT,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FEDERAL TRANSIT ADMINISTRATION, *et al.*,<br><br>　　Defendants.<br><br>THE CITY OF BEVERLY HILLS,<br><br>　　Plaintiff,<br><br>(*Additional parties on next page*) | No.　CV 12-9861-GW (SSx),<br>*Consolidated with*<br>Nos.　CV 13-1144-GW (SSx)<br>　　　CV 13-8609-GW (SSx), and<br>　　　CV 13-8621-GW (SSx)<br><br>Judge George H. Wu<br><br>FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MEMORANDUM IN ADVANCE OF STATUS CONFERENCE<br><br>Hearing: None Set |

|  |  |
|---|---|
| v.<br><br>FEDERAL TRANSIT<br>ADMINISTRATION, *et al.*,<br><br>Defendants. |  |

Federal Defendants propose that, at the November 21, 2016 status conference, the Court and the Parties discuss a briefing schedule for the Beverly Hills Unified School District's (the District) imminent preliminary injunction motion. The Court had directed the Parties to file memoranda on topics for a status conference, and it set a status conference for November 21. Order (Nov. 8, 2016), ECF No. 196. In its memorandum, the District explained that it intended to file a new lawsuit against the Los Angeles County Metropolitan Transportation Authority (Metro) over the Westside Subway Extension Project (the Subway)—the same project the District challenged here. [Dist.'s] Mem. in Advance of Status Conference, ECF No. 199. The District filed its new lawsuit the same day. *Beverly Hills Unif. Sch. Dist. v. Metro*, No. 2:16-cv-8390 (Nov. 10, 2016). Yesterday, the District's counsel informed Federal Defendants' counsel that it plans to file today its motion for a preliminary injunction to stop the Subway. In light of these events, Federal Defendants see no reason for a status conference except to discuss the briefing and hearing schedule for that motion. Federal Defendants will respond in detail to the District's arguments in their response brief.

Contrary to the District's argument, however, the Parties had thoroughly briefed the timeline for executing a full funding grant agreement and a design/build contract. The Court ruled on those issues after considering that timeline. Final Decision on Mots. for Summ. J. and Ruling in Regards to Remedies (Remedy Order) (Aug. 12, 2016), ECF No. 188. Nothing new or unforeseeable has arisen. In the four briefs that Federal Defendants filed between March and June 2016, ECF Nos. 146, 161, 173, 177, they explained the timeframes on which the Federal Transit Administration (FTA) and Metro could sign a full funding grant agreement, on which Metro could sign a design/build contract, and on which the agencies could complete further the National Environmental Policy Act of 1969 (NEPA), 42 U.S.C. §§ 4321-4347, analysis. All of the events are happening within the ranges the FTA described. Because the District has identified nothing new, the Court's

Remedy Order has already considered and rejected the District's argument that signing the full funding grant agreement or the design/build contract would predetermine the NEPA analysis. Remedy Order 19-21.

Respectfully submitted this November 17, 2016,

JOHN C. CRUDEN
Assistant Attorney General

*/s/ Jared S. Pettinato*
JARED S. PETTINATO, MT Bar No. 7434
Trial Attorney
Natural Resources Section
NORMAN L. RAVE, Jr.
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Room 2121
Washington, D.C. 20044-7611
(202) 305-0203 (Pettinato)
(202) 616-7568 (Rave)
(202) 353-0506 (fax)
Jared.Pettinato@usdoj.gov
Norman.Rave@usdoj.gov

*Attorneys for Federal Defendants*

OF COUNSEL:

U.S. Department of Transportation
Office of Chief Counsel
PAUL M. GEIER
Assistant General Counsel for Litigation
PAULA LEE
Trial Attorney
Washington, D.C.

| | |
|---|---|
| 1 | NANCY-ELLEN ZUSMAN |
| 2 | Assistant Chief Counsel |
|   | Office of Chief Counsel |
| 3 | Federal Transit Administration |
| 4 | Chicago, IL |
| 5 | MARTIA FOX |
| 6 | MINMING WU |
|   | Regional Counsel for Region 9 |
| 7 | Assistant Regional Counsel for Region 9 |
| 8 | Office of Chief Counsel |
|   | Federal Transit Administration |
| 9 | San Francisco, CA |