KASOWITZ BENSON TORRES LLP
KIRSTEN C. JACKSON (State Bar No. 265952)
kjackson@kasowitz.com
2029 Century Park East, Suite 2000N
Los Angeles, CA 90067
Telephone:   (424) 288-7900
Facsimile:    (310) 943-3722

JENNIFER S. RECINE (admitted *pro hac vice*)
jrecine@kasowitz.com
GARY W. DUNN (admitted *pro hac vice*)
gdunn@kasowitz.com
MATTHEW J. WEISER (admitted *pro hac vice*)
mweiser@kasowitz.com
TIFFANY L. HO (admitted *pro hac vice*)
tho@kasowitz.com
1633 Broadway
New York, NY 10019
Tel:   (212) 506-1700
Fax: (212) 506-1800

Attorneys for Plaintiff
BEVERLY HILLS UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY HILLS UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-0716 GW(SSx)<br><br>Related to Nos. CV 12-9861-GW (SSx), CV 13-1144-GW (SSx), CV 13-8609-GW (SSx), CV 13-8621-GW (SSx), CV 16-8390 (SSx))<br><br>**STIPULATION SETTING FORTH BRIEFING SCHEDULE FOR CHALLENGES TO THE SUFFICIENCY OF THE ADMINISTRATIVE RECORD** |

Stipulation Setting Forth Briefing Schedule for Challenges to the Sufficiency of the Administrative Record, No. 2:18-cv-0716 GW(SSx)

Pursuant to Local Rule 7-1, the parties hereby stipulate to the following briefing schedule for Plaintiff's challenges to the sufficiency of the administrative record:

1. Plaintiff shall file an opening brief on or before May 2, 2018.
2. Defendants shall file opposition briefs on or before May 25, 2018.
3. Plaintiff shall file a reply brief on or before June 7, 2018.

The parties further stipulate that within 14 days of the Court's order on Plaintiff's challenges to the sufficiency of the administrative record, the parties shall file a joint stipulation setting forth a briefing schedule regarding the merits of the case.

All signatories listed, and on whose behalf the filing is submitted, concur in this stipulation's content and have authorized the filing.

Dated: April 16, 2018

KASOWITZ BENSON TORRES LLP

  /s/ Jennifer S. Recine
JENNIFER S. RECINE

*Attorneys for Plaintiff*
BEVERLY HILLS UNIFIED SCHOOL DISTRICT


JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

2

Stipulation Setting Forth Briefing Schedule for Challenges to the Sufficiency of the Administrative Record, No. 2:18-cv-0716 GW(SSx)

/s/ Tyler L. Burgess
TYLER L. BURGESS
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 616-4119
tyler.burgess@usdoj.gov

JOSHUA P. WILSON
Trial Attorney
Natural Resources Section
601 D St., NW Room 3146
(202) 305-0506
joshua.wilson@usdoj.gov

*Attorneys for Federal Defendants*

LOS ANGELES COUNTY COUNSEL
MARY C. WICKHAM, County Counsel
CHARLES M. SAFER, Assistant County Counsel
RONALD W. STAMM, Principal Deputy

REMY MOOSE MANLEY, LLP
  /s/ Tiffany K. Wright
TIFFANY K. WRIGHT

*Attorneys for Defendants*
LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY and PHILLIP A. WASHINGTON

3